JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL A. HOBBS,<br><br>    Plaintiff,<br><br>vs.<br><br>WINDSOR GARDENS CONVALESCENT CENTER OF LONG BEACH,<br><br>    Defendant. | Case No.: CV 18-4241 DSF (ASx)<br><br>JUDGMENT |

By order dated July 2, 2018, the Court ordered that this case be dismissed by consent of Plaintiff as evidenced by Plaintiff's lack of opposition to a motion to dismiss.

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: September 13, 2018

                                          Dale S. Fischer
                                     United States District Judge